**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Garduno's of Arizona, LLC, an Arizona limited liability company, | ) ) ) | No. CV08-1090-PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Tortilla, Inc. d/b/a Garduno's of Mexico, a New Mexico corporation, | ) ) ) | |
| Defendant. | ) ) | |

On January 4, 2011, Defendant Tortilla, Inc. filed a motion for entry of stipulated judgment (Doc. 112), and on February 8, Defendant filed a motion for summary disposition of the same under Local Rule of Civil Procedure 7.2(i) (Doc. 113). Both motions are unopposed. The Court will summarily grant both motions. LRCiv 7.2(i).

**IT IS ORDERED:**

1.    Defendant's motion for entry of stipulated judgment (Doc.112) is **granted**.

2.    Defendant's motion for summary disposition (Doc. 113) is **granted**.

3.    Judgment shall be awarded in favor of Defendant Tortilla, Inc. and against Plaintiff Garduño's of Arizona, LLC, Camarones Restaurant & Cantina at Gainey Ranch, LLC f/k/a Garduño's Chile Packing Company at Gainey Ranch, LLC, Caliente Gourmet International, LLC, and Camarones Restaurant & Cantina at Glendale, LLC f/k/a Garduño's of Mexico at Glendale, LLC in the principal sum of **One Hundred Seventy Thousand U.S. Dollars**

1       **($170,000.00)** together with interest at the rate of **ten percent (10%) per**

2       **annum** from the date of default until paid in full.

3      DATED this 7th day of March, 2011.

4

5

6                  _____

                         David G. Campbell

7                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -